### State Bank of Tonawanda v. Dawson, Sheriff.

1. *Exceptions— Record.*—A record which contains no proper exceptions presents no question for the consideration of an appellate court.

**Memorandum.**—Appeal from the City Court of East St. Louis; the Hon. B. H. CANBY, Judge, presiding. Heard in this court at the February term, A. D. 1893, and affirmed. Opinion filed September 8, 1893.

The statement of facts is contained in the opinion of the court.

MILLS & FLITCRAFT and MESSICK & RHOADS, attorneys for appellant.

L. H. HITE and ST. CLAIR L. HITE, attorneys for appellee.

OPINION OF THE COURT, SCOFIELD, J.

The bill of exceptions, in this case, is verily a bill without exceptions. Parts of certain depositions were objected to, but the objections were taken under advisement till the conclusion of the trial, which was before the court, without a jury, and no decision of the court was ever announced on the subject. No exception was ever taken with reference thereto. It is also true that no proposition of law was held or refused, no motion for a new trial was made, no exception was taken to the findings or judgment of the court. The motion for a new trial and exception to the action of the court in overruling the same, which appear in the judgment, as copied by the clerk from the judgment record, are not properly a

part of the record, and can not become such except by being embodied in the bill of exceptions. If repeated adjudication can settle any proposition whatever, it is settled beyond controversy that a record which contains no proper exceptions presents no question for the consideration of an appellate court. The citation of authorities in support of this proposition is wholly unnecessary.

The judgment will be affirmed.